Mark A. Finkelstein (SBN 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
QUIKSILVER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETAGZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUIKSILVER, INC., <br><br> Defendant. | Case No. CV 09-05926 CRB <br><br> **DEFENDANT QUIKSILVER, INC.'S NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Quiksilver, Inc. ("Quicksilver") submits this Substitution of Counsel, substituting Mark A. Finkelstein of Jones Day in for the law firm of Latham & Watkins LLP.

Quiksilver will be represented by Jones Day in this action, and Mark A. Finkelstein of Jones Day's Irvine office shall serve as counsel of record. Therefore, all further notice to counsel for Defendant Quiksilver should be served on Quiksilver's counsel, Mark A. Finkelstein, at the address indicated above.

IRI-3976v1

SUBSTITUTION OF ATTORNEY

1  I hereby consent to the substitution of Mark A. Finkelstein of Jones Day in
2  the place and stead of Latham & Watkins LLP.
3  Dated: February 23, 2010          QUIKSILVER, INC.
4
5                                    By: _____
6                                        Senior Vice President and
                                          General Counsel (Americas)
7
   I hereby acknowledge and consent to the substitution of Mark A. Finkelstein
8
   in place of Latham & Watkins LLP.
9
10 Dated: February 23, 2010          LATHAM & WATKINS LLP
11
                                      By: _____
12                                        Perry J. Viscounty
                                          Latham & Watkins LLP
13                                        650 Town Center Drive, 20th Floor
                                          Costa Mesa, CA 92626
14                                        Telephone: (714) 540-1235
                                          Facsimile: (714) 755-8290
15
16 I hereby consent to my substitution into this matter in the place of Latham &
17 Watkins LLP.
18 Dated: February 23, 2010          JONES DAY
19
20                                    By: /s/ Mark A. Finkelstein
21                                        Mark A. Finkelstein
                                          JONES DAY
22                                        3161 Michelson Drive, Suite 800
                                          Irvine, CA 92612
23                                        Telephone: (949) 851-3939
                                          Facsimile: (949) 553-7539
24 **IT IS SO ORDERED.**
25 February 25, 2010.
                                      _____
26                                    Hon. Charles S. Breyer
                                      U.S. District Court
27
28

IRI-3976v1

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

## PROOF OF SERVICE
*Etagz, Inc. v. Quiksilver, Inc.*
USDC, Northern District Case No. CV 09-05926 CRB

I, Linda Tapia, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On February 23, 2010, I served a copy of the within document(s):

**DEFENDANT QUIKSILVER, INC.'S NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☒ by electronic transmission. I am familiar with the United States District Court, Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Gary Scott Fergus | gfergus@ferguslegal.com |
| Janet M. Conway | Janet.Conway@etagz.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 23, 2010, at Irvine, California.

/s/ *Linda Tapia*
Linda Tapia