Mark A. Finkelstein (SBN 173851)
mafinkelstein@jonesday.com
Ryan J. Dwight (SBN 252593)
rjdwight@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant and Counter-Claimant
QUIKSILVER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETAGZ, INC., | Case No. SA CV10-00300-DOC(MLGx) |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| QUIKSILVER, INC., | |
| Defendant. | |
| QUIKSILVER, INC., | |
| Counter-Claimant, | |
| v. | |
| ETAGZ, INC., | |
| Counter-Claim Defendant. | |

1    After considering the Stipulation for Protective Order executed by all parties

2 and upon good cause showing,

3    IT IS HEREBY ORDERED THAT:

4    The Stipulation is Granted.

5

6

7                                        MARC L. GOLDMAN

8 Dated:  May 18, 2010          UNITED STATES MAGISTRATE
                                JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28