UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-00300-DOC (MLGx)** | Date | December 4, 2012 |
|---|---|---|---|
| Title | ETAGZ, INC., v. QUIKSILVER, INC. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |   |
|---|---|---|
| Ivette Gomez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   In Chambers: Order Dismissing Motion for Contempt, filed November 6, 2012 (Dkt. 164)

The parties have informed the court that they have reached a settlement in this action and are preparing appropriate documents for dismissal of the case. The above entitled motion is DISMISSED without prejudice. The hearing on the motion set for this date is taken off calendar.

Initials of Clerk    ig